UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

NADINE COLLINS,

                Plaintiff,

- against -

COUNTY OF NASSAU, NASSAU COUNTY POLICE
DEPARTMENT, POLICE OFFICER MICHAEL MULLEN,
in his official and individual capacity, under color of state law,
DETECTIVE PESCATELLI, in his official and individual
capacity, under color of state law, JOHN DOE NASSAU
COUNTY POLICE OFFICERS AND DETECTIVES, in
their official and individual capacities, and under color of state
law, MACY'S INC. (F/K/A FEDERATED DEPARTMENT
STORES, INC. D/B/A BLOOMINGDALES),

                Defendants.

----------------------------------------------------------------------X

08-CV-1687
(SJF) (ETB)

STIPULATION
AND ORDER
OF DISMISSAL
AS TO
DEFENDANTS
POLICE OFFICER
MICHAEL MULLEN
AND
DETECTIVE
PESCATELLI

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that pursuant to *Rule 41(a)(1)(ii)* of the *Federal Rules of Civil Procedure*, the above-entitled action is dismissed and discontinued, with prejudice, and without costs, disbursements or attorneys' fees, as to defendants Police Officer Michael Mullen and Detective Robert Pescatelli (s/h/a Detective Pescatelli). This Stipulation may be filed with the Clerk of the Court, without further notice.

Dated: Mineola, New York
       January 8, 2009

| | |
|---|---|
| LAW OFFICES OF DONALD T. ROLLOCK | LORNA B. GOODMAN<br>Nassau County Attorney |
| By: _____<br>Donald T. Rollock, Esq.<br>114 Old Country Road<br>Suite 690<br>Mineola, New York 11501<br>Attorneys for Plaintiff | By: _____<br>Erica M. Haber<br>Deputy County Attorney<br>One West Street<br>Mineola, New York 11501<br>Attorneys for County Defendants |