*Exhibit A*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

NADINE COLLINS,

                                    Plaintiff,

        - against -

COUNTY OF NASSAU, NASSAU COUNTY POLICE
DEPARTMENT, POLICE OFFICER MICHAEL MULLEN,
in his official and individual capacity, under color of state law,
DETECTIVE PESCATELLI, in his official and individual
capacity, under color of state law, JOHN DOE NASSAU
COUNTY POLICE OFFICERS AND DETECTIVES, in
their official and individual capacities, and under color of state
law, MACY'S INC. (F/K/A FEDERATED DEPARTMENT
STORES, INC. D/B/A BLOOMINGDALES),

                                    Defendants.

-------------------------------------------------------------------------------X

08-CV-1687
(SJF) (ETB)


STIPULATION AND
ORDER
OF DISMISSAL

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is dismissed and discontinued, with prejudice, and without costs to either party as against the other.  This stipulation may be filed with the Clerk of the Court, without further notice, in accordance with the terms and conditions of the Settlement Agreement and Release between the parties.

Dated: Mineola, New York
       January 23, 2009

LAW OFFICES OF DONALD T. ROLLOCK

By: _____
    Donald T. Rollock, Esq.
    114 Old Country Road
    Suite 690
    Mineola, New York 11501
    Attorney for Plaintiff

LORNA B. GOODMAN
Nassau County Attorney

By: _____
    Erica M. Haber
    Deputy County Attorney
    One West Street
    Mineola, New York 11501
    Attorneys for Defendants